AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)     ☐ Original   ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT
9/26/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MRV___ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
September 26, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CLD___ DEPUTY

United States of America

v.

JESSICA ELIZABETH TRAPP,

Defendant.

Case No. 2:25-mj-05986-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about September 25, 2025, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assault of a Federal Officer |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

/s/
_____
Complainant's signature

Andrew Urbaez, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: September 26, 2025

_____
Judge's signature

City and state: Los Angeles, California

Hon. Jacqueline Chooljian, U.S. Magistrate Judge
*Printed name and title*

AUSA: Yervant P. Hagopian x0732

**AFFIDAVIT**

I, Andrew Urbaez, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against JESSICA ELIZABETH TRAPP ("TRAPP") for a violation of 18 U.S.C. § 111(a)(1): Assault of a Federal Officer.

2. The facts set forth in this affidavit are based upon my personal observations, training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only, all amounts are approximate, and all dates and times are on or about those indicated.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with the United States Department of Homeland Security ("DHS"), Federal Protective Service ("FPS") and have been so employed since July 2022. Between 2019 and July 2022, I was an FPS uniformed law enforcement officer. I have attended the Federal Law Enforcement Training Center located in Glynco, Georgia, where I successfully completed both the Criminal Investigator Training Program and

Uniformed Police Training Program. During my law enforcement career and training, I have conducted and/or received training in a variety of investigative and legal matters. I have investigated weapon offenses and threats to federal officials and employees. Further, I have experience interviewing suspects, subjects, complainants, victims, and witnesses to gather relevant case information. I have executed arrest and search warrants in relation to federal offenses.

### III. SUMMARY OF PROBABLE CAUSE

4. On September 25, 2025, TRAPP, along with her service dog, arrived at the Edward Federal Building in Los Angeles, California ("Roybal") to attend a detention hearing. During the hearing, the presiding judge ruled in favor of the government, which caused several attendees to engage in disorderly conduct. As a result, FPS Inspectors removed the disruptive group from the courtroom and escorted them to Roybal's first floor. There, FPS detained an individual for a separate offense and escorted the detainee away, which prompted the group members, including TRAPP, to surround the FPS officers separating the group from the detainee. Video surveillance footage from Roybal depicts the confrontation as follows:



5.    Specifically, TRAPP is depicted wearing a long-sleeve flannel shirt, denim jeans, and brown cowboy boots while being accompanied by a service dog.  Meanwhile, FPS Inspector J.B. ("Inspector J.B.") is in full uniform and stands adjacent to TRAPP.

6.    During the confrontation, TRAPP approached Inspector J.B. and kicked his left shin, which is depicted as follows:



7.   As a result, Inspector J.B. sustained the following abrasion:



8.   FPS interviewed Inspector J.B. who said he and fellow officers formed a protective wall to separate the protestors from law enforcement officers attempting to escort a detainee. During that moment, TRAPP approached him, cursed at him, and kicked his left shin, which caused him to sustain a wound and endure throbbing pain.

9.   FPS issued Miranda warnings to TRAPP and interviewed her.  TRAPP admitted she kicked Inspector J.B.

## IV. CONCLUSION

10. For all of the reasons described above, there is probable cause to believe that TRAPP has committed a violation of 18 U.S.C. § 111(a)(1): Assault of a Federal Officer.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 26th day of
September, 2025.

_____
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE